UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL HOGUE, | : |
| Plaintiff, | : |
| v. | : Docket No. 12-708 |
| FREDERICK CHEVROLET-CADILLAC, INC., and JONESTOWN BANK AND TRUST, | : |
| Defendants. | : |

### FREDERICK CHEVROLET-CADILLAC, INC.'S MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 12(b)(6)

AND NOW comes Defendant, Frederick Chevrolet-Cadillac, Inc., by and through its counsel, Peggy M. Morcom, Esquire and the law firm of Reilly, Wolfson, Sheffey, Schrum and Lundberg, LLP, and hereby moves for dismissal of the Complaint based on Plaintiff's failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). Frederick Chevrolet-Cadillac, Inc.'s Brief in Support of its Motion to Dismiss will be filed in accordance with Local Rule 7.5.

Plaintiff does not concur in this motion.

Respectfully submitted,

Reilly, Wolfson, Sheffey,
Schrum & Lundberg, LLP

By: _____*s / Peggy M. Morcom*_____
Peggy M. Morcom, Esquire
Atty ID: 92463
1601 Cornwall Road
Lebanon, PA 17042
(717) 273-3733
pmorcom@leblaw.com

Date: July 10, 2012

## CERTIFICATE OF SERVICE

I, Peggy M. Morcom, Esquire, do hereby certify I served a copy of the foregoing document via electronic filing, on the date set forth below, as follows:

Matthew B. Weisberg, Esquire
Weisberg Law, P.C.
7 South Morton Avenue
Morton, PA 19070

                               _s / Peggy M. Morcom_
                               Peggy M. Morcom, Esquire

Date: July 10, 2012